2017 ND 276

**STATE of North Dakota, Plaintiff and Appellee**

v.

**Miguel Angel Rodriguez DE LA CRUZ, Defendant and Appellant.**

**No. 20170207**

Supreme Court of North Dakota.

Filed 12/7/2017

Leah J. Viste, Assistant State's Attorney, Fargo, ND, for plaintiff and appellee; submitted on brief.

Nicholas D. Thornton and James A. Teigland, Fargo, ND, for defendant and appellant; submitted on brief.

Per Curiam.

[¶ 1] Miguel Angel Rodriguez De La Cruz appealed from a criminal judgment entered after a jury found him guilty of patronizing a minor for commercial sexual activity. On appeal, De La Cruz argues the guilty verdict is not supported by sufficient evidence. We conclude the State presented sufficient evidence and summarily affirm the criminal judgment under N.D.R.App.P. 35.1(a)(3).

[¶ 2] Gerald W. VandeWalle, C.J.

Jon J. Jensen

Jerod E. Tufte

Daniel J. Crothers

Lisa Fair McEvers